UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMARCUS QUINN, #393561

    Plaintiff,

vs                                                                 Case No: 11-13854
                                                                  Honorable Victoria A. Roberts

JASON HUSS,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On May 17, 2012 Magistrate Judge Grand issued a Report and Recommendation (Doc. #17), recommending that the Court deny Defendant Huss' Motion for Summary Judgment. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Thus, the Court adopts the Report and Recommendation. Defendant's Motion is **DENIED**.

    **IT IS ORDERED**.

                                                                /s/ Victoria A. Roberts
                                                                Victoria A. Roberts
                                                                United States District Judge

Dated: July 20, 2012

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Demarcus Quinn by electronic means or U.S. Mail on July 20, 2012.

s/Linda Vertriest
Deputy Clerk